# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| **Wanda J. Gaddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **12-4285-CV-C-JTM** |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## O R D E R

On Wednesday, December 11, 2013, the Court heard oral argument on the *Brief In Support Of Complaint,* filed April 3, 2103, [Doc. 14] and the *Brief For Defendant*, filed July 3, 2013, [Doc. 18]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth by the Court at the conclusion of the oral argument.


*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**